The Ministers, Elders and Deacons of the First Reformed Protestant Church of Nyack, New York, Appellants, v. Erskine J. S. Van Houten, Individually and as Sole Surviving Executor, etc., of David Blauvelt, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Title Guarantee and Trust Company, Appellant, v. Max Brown, Respondent. — Order of the Municipal Court reversed, with costs, and judgment reinstated, on the ground that the evidence shows conclusively that the contract was that of the defendant personally. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

John K. Weigand, Respondent, v. Carrie Hippold, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Woodward, J., dissented.

Harry Weiner, Respondent, v. Louis Grossman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

George Wiener, Respondent, v. Rosabella Bass and Others, Defendants, Impleaded with Leon Lemberg, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Charles M. Wells, Respondent, v. William J. Howard and Teresa Howard, Appellants.— The verdict was against the weight of the evidence, and for that reason the judgment and order are reversed and a new trial is granted on condition that the plaintiff pay the costs of the trial and the disbursements to date. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John Wood, Respondent, v. Peerless Finishing Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Stanislaus Zeigler, Respondent, v. Lewin Oliwinski, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Meyer Zettel, Appellant, v. James Taylor, Respondent. — Order affirmed, with